DAVID B. JACOBS, Appellant, v MICHAEL MOSTOW et al., Defendants, and ARTHUR RIEGEL et al., Respondents.

Decided October 26, 2010

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that no substantial constitutional question is directly involved.

DAVID B. JACOBS, Appellant, v MICHAEL MOSTOW et al., Respondents, et al., Defendants.

Decided October 26, 2010

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that no substantial constitutional question is directly involved.

In the Matter of L&M BUS CORP. et al., Respondents, v NEW YORK CITY DEPARTMENT OF EDUCATION et al., Appellants, and LOCAL 1181 OF THE AMALGAMATED TRANSIT UNION, Intervenor-Appellant.

Submitted July 26, 2010; decided October 26, 2010

Motion by the New York City Department of Education, et al. for leave to appeal granted. Motion by Local 1181 of the Amalgamated Transit Union, insofar as it seeks leave to appeal from that part of the Appellate Division order that affirmed Supreme Court's determination denying discovery and the application to complete the record, dismissed upon the ground that such part of the order does not finally determine the proceeding within the meaning of the Constitution; motion for leave to appeal otherwise granted.

SANTO LOMBARDO et al., Appellants, v MASTEC NORTH AMERICA, INC., et al., Defendants, and QUEENS NETWORK CABLE, Respondent. (And a Third-Party Action.)

Decided October 26, 2010